| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-07879<br>Northern District of Illinois<br>Chicago<br>Thu Feb 16 10:54:56 CST 2017 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ad Astra Recovery<br>8918 W 21st St N<br>Suite 200 Mailbox 303<br>Wichita, KS 67205-1885 |
| CPS Financial<br>PO Box 57071<br>Irvine, CA 92619-7071 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Consumer Portfolio<br>Services Inc<br>19500 Jamboree Rd.<br>Irvine, CA 92612-2401 | Convergent Outsoucing, Inc<br>Po Box 9004<br>Renton, WA 98057-9004 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 |
| Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901-0063 | Dept Of Ed/Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | FFCC/First Federal Credit Control<br>Po Box 20790<br>Columbus, OH 43220-0790 |
| Federal Pacific Credit Co<br>PO Box 27198<br>Salt Lake City, UT 84127-0198 | GFC Lending, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Go Financial<br>7465 E Hampton Ave<br>Mesa, AZ 85209-3328 |
| MCSI -Municipal Collection Services, Inc<br>7330 College Dr<br>Suite 108<br>Palo Heights, IL 60463-1186 | Marvin Terrell<br>2808 Lake Park Dr<br>Lynwood, IL 60411-1429 | (c)PEE DEE MD<br>PEE DEE CARDIOLOGY<br>MCLEOD MEDICAL PARK EAST<br>101 JOHNS ST STE 600<br>FLORENCE SC  29506-2779 |
| Pinnacle Credit Services<br>Po Box 640<br>Hopkins, MN 55343-0640 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Quantum3 Group LLC as agent for<br>RaZor Capital I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Stanislaus Credit Control Service, Inc.<br>Po Box 480<br>Modesto, CA 95353-0480 | Synchrony Bank/ JC Penneys<br>Attn: Bankrupty<br>Po Box 103104<br>Roswell, GA 30076-9104 | Timber Trace Apartments<br>4856 Brown Bark Cove<br>Stone Mountain, GA 30083-1570 |
| U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street Suite 201<br>Lincoln NE 68508-1911 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | University of Minnesota<br>3 Morrill Hall<br>100 Church St. S.E<br>Minneapolis, MN 55455-0149 |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Melanie M Terrell<br>931 Elder Rd, Apt 1S<br>Homewood, IL 60430-2642 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

                    Addresses marked (c) above for the following entity/entities were corrected
                          as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Pee Dee Md | End of Label Matrix |
| Pee Dee Cardiology | Mailable recipients    30 |
| McLeod Medical Park East | Bypassed recipients    0 |
| 901 East Cheves Street, Suite 600 | Total    30 |
| Florence, SC 29506 | |